CJ-2021-74
Truong

**IN THE DISTRICT COURT OF OKLAHOMA COUNTY**
**STATE OF OKLAHOMA**

| | | |
|---|---|---|
| AUTUMN PEREZ | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. |
| | ) | |
| AHMED MOHAMED and | ) | |
| U.S. XPRESS LEASING, INC. | ) | |
| | ) | |
| Defendants. | ) | |

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

JAN -7 2021

RICK WARREN
COURT CLERK
124_____

CJ-2021-74

CJ-2021-74

**PETITION**

COMES NOW the Plaintiff, Autumn Perez, by and through her attorney Nicholas A. Elliott, and for her cause of action against the Defendants, Mohamed Ahmed and U.S. Xpress Leasing, Inc., states as follows:

1. On or about May 21, 2019, in Oklahoma City, Oklahoma, Oklahoma County, the Defendant, Ahmed Mohamed, while acting as an employee and agent of Defendant U.S. Xpress Leasing, Inc., negligently and recklessly drove a semi-trailer truck into Plaintiff's vehicle.

2. In addition to the cause of action in the first paragraph, Defendant U.S. Xpress Leasing, Inc. negligently entrusted a semi-trailer truck to Defendant Ahmed Mohamed.

3. As a result of the Defendants actions the Plaintiff suffered damages as follows:

    A. Medical expenses

    B. Mental and physical pain and suffering

    C. Permanent injury

    D. Disfigurement

    E. Loss of earning capacity

F. Lost wages

G. Punitive damages

C. Other damages to be set forth after discovery; all of which exceed the amount required for diversity jurisdiction.

WHEREFORE, Plaintiff prays for judgment against the Defendants as set forth above with her costs, attorney's fees, interest and other such relief the Court shall deem proper.

RESPECTFULLY SUBMITTED,

**WEST ♦ YLLA ♦ GOSNEY**

*/s/ Nicholas A. Elliott*

Nicholas A. Elliott, OBA #32226
William A. Gosney, OBA #22573
Robert N. Ylla, Jr., OBA #17730
8 S.W. 89th Street, Suite 200
Oklahoma City, OK 73139
(405) 800-8080 Phone
(405) 378-0711 Fax
nelliott@wyglawfirm.com
Attorneys for Plaintiff

Attorneys' Lien Claimed